United States District Court
Southern District of Texas
**ENTERED**
June 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. 5:19-CR-01427-001 |
| JAIME IRENE RIOS-ALFARO | § § | |

### ORDER

On this date, came to be considered Defendant, Jaime Irene Rios-Alfaro's *Motion for Sentencing Hearing*. After considering the motion, the Court hereby finds that the motion should be, and is:

__✓__ GRANTED; IT IS THEREFORE ORDERED that Sentencing is set for _July 24_, 2020. @ 9 A~ via Zoom.

____ DENIED.

SIGNED in Laredo, Texas on this _26th_ day of _June_, 2020.

_____
HONORABLE DIANA SALDANA
U.S. DISTRICT COURT JUDGE